**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Illinois

Case number (if known): _____   Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Tavern on LaGrange Corp |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Tavern on LaGrange |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 4 – 5 1 8 5 6 4 5 |

**4. Debtor's address**

**Principal place of business**

5403 S La Grange Rd
Number      Street

Attn G. Estevein Perkins

Countryside, IL 60525-2852
City                    State    ZIP Code

Cook
County

**Mailing address, if different from principal place of business**

Number      Street

P.O. Box

City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

City                    State    ZIP Code

**5. Debtor's website (URL)**   https://tavernonlagrange.com/

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Tavern on LaGrange Corp _____    Case number *(if known)* _____
　　　　　Name

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
　5　 　8　 　1　 　2　

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
　　　　　　　　　　　　　　　MM / DD / YYYY

　　　District _____ When _____ Case number _____
　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

　　　District _____ When _____
　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　Case number, if known _____

| Debtor | Tavern on LaGrange Corp | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

_____
Number         Street

_____
City                                        State       ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49      ☐ 50-99          ☐ 1,000-5,000      ☐ 5,001-10,000      ☐ 25,001-50,000      ☐ 50,000-100,000

☐ 100-199  ☐ 200-999       ☐ 10,001-25,000                            ☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000                    ☐ $1,000,001-$10 million         ☐ $500,000,001-$1 billion

☐ $50,001-$100,000          ☐ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000        ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million        ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

Debtor   Tavern on LaGrange Corp _____   Case number *(if known)* _____
          Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/26/2022 _____
              MM/  DD/  YYYY

X _____        _____
Signature of authorized representative of debtor        G. Estevein Perkins
                                                        Printed name

_____ Manager and Designated Corporate _____
Title                    Representative

**18. Signature of attorney**

X _____ /s/ J. Kevin Benjamin, Esq. _____        Date   04/26/2022 _____
Signature of attorney for debtor                                       MM/  DD/  YYYY

 J. Kevin Benjamin, Esq. _____
Printed name

 Benjamin Legal Services _____
Firm name

 1016 W. Jackson Blvd _____
Number        Street

 Chicago _____        IL _____        60607-2914 _____
City                                     State           ZIP Code

 (773) 425-5755 _____        jkb@benjaminlaw.com _____
Contact phone                            Email address

 6202321 _____        IL _____
Bar number                              State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Tavern on LaGrange Corp |
| United States Bankruptcy Court for the | Northern District of Illinois |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  AMUR Financial<br>304 W 3rd St<br>Grand Island, NE 68801-5941 | | | | | | $50,000.00 |
| 2  Centra Leasing<br>1400 Preston Rd Ste 115<br>Plano, TX 75093-5159 | | | | | | $100,000.00 |
| 3  Fox Capital Group Inc<br>1920 E Hallandale Beach Blvd Ste 503<br>Hallandle Bch, FL 33009-4723 | | | | | | $80,000.00 |
| 4  Illinois Department of Revenue<br>Bankruptcy Section<br>Po Box 64338<br>Chicago, IL 60664-0291 | | | | | | $200,000.00 |
| 5  Internal Revenue Service<br>Centralized Insolvency Operation<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | $250,000.00 |
| 6  IOU Financial<br>600 Townpark Ln Nw Ste 100<br>Kennesaw, GA 30144-3736 | | | | | | $150,000.00 |
| 7  Kapitus Financial<br>2500 Wilson Blvd Ste 350<br>Arlington, VA 22201-3873 | | | | | | $75,000.00 |
| 8  NARAI Ventures LLC<br>227 Park Ave S Ste 139<br>New York, NY 10003-1633 | | | | | | $87,441.37 |

| Debtor | Tavern on LaGrange Corp | | | Case number *(if known)* | | |
| | Name | | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Satum Encore Funding<br>525 Washington Blvd Jersey Blvd<br>Jersey City, NJ 07310-1606 | | | | | | $75,000.00 |
| 10 | Swift Financial<br>540 Main Street Suite 16A<br>Hyannis, MA 02601 | | | | | | $75,000.00 |
| 11 | Tavern Hospitality Group Ltd<br>Attn Bennett Klasky, Reg. Agent<br>5403 S La Grange Rd<br>Countryside, IL 60525-2852 | | | | | | $675,000.00 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case:**

Debtor name _____ Tavern on LaGrange Corp _____

United States Bankruptcy Court for the:

_____ Northern District of Illinois _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ▮ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

☐    *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐    *Amended Schedule* _____

☑    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/26/2022__              X _signature_ _____
MM/ DD/ YYYY                                 Signature of individual signing on behalf of debtor

                                            G. Estevein Perkins
                                            Printed name

                                            Manager and Designated Corporate
                                            Representative
                                            Position or relationship to debtor

Official Form B202                     **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE: **Tavern on LaGrange Corp**                              CASE NO

                                                               CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____04/26/2022_____        Signature _____

                                        G. Estevein Perkins, Manager and Designated Corporate Representative

**Advanced Recovery Group**

Attn Ekrem Hajra

1373 Broad St Ste 204

Clifton, NJ 07013-4231


**AMUR Financial**

304 W 3rd St

Grand Island, NE 68801-5941


**Centra Funding LLC**

Attn Rebecca Foster in Collections

1400 Preston Rd Ste 115

Plano, TX 75093-5159


**Centra Leasing**

1400 Preston Rd Ste 115

Plano, TX 75093-5159


**Fox Capital Group Inc**

1920 E Hallandale Beach Blvd Ste 503

Hallandle Bch, FL 33009-4723


**Fox Capital Group, Inc.**

C/O Lieberman And Klestzick LLP

Po Box 356

Cedarhurst, NY 11516-0356


**Illinois Department of Revenue**

Bankruptcy Section

Po Box 64338

Chicago, IL 60664-0291


**Illinois Department of Revenue**

Po Box 19016

Springfield, IL 62794-9016

**Internal Revenue Service**

Centralized Insolvency Operation

Po Box 7346

Philadelphia, PA 19101-7346

**I OU Financial**

600 Townpark Ln Nw Ste 100

Kennesaw, GA 30144-3736

**Kapitus Financial**

2500 Wilson Blvd Ste 350

Arlington, VA 22201-3873

**NARAI Ventures LLC**

227 Park Ave S Ste 139

New York, NY 10003-1633

**NARAI Ventures LLC**

5314 16th Ave Pmb 139

Brooklyn, NY 11204-1425

**NARAI Ventures LLC**

C/O Yana Chechelnitsky, Esq.

6143 186th St Ste 450

Fresh Meadows, NY 11365-2710

**NARAI Ventures LLC**

1373 Broad St Ste 204

Clifton, NJ 07013-4231

**Tiffany J. Perkins**

20173 Ash Ln

Lynwood, IL 60411-1599

**Pinnacle Asset Management
LLC**
Makiah Terry, Registered Agent
14420 2nd Ave
Orland Park, IL 60462-2402

**Pinnacle Asset Management
LLC**
9501 W. 144th Pl Suite 304
Orland Park, IL 60462

**Satum Encore Funding**
525 Washington Blvd Jersey Blvd
Jersey City, NJ 07310-1606

**Shayla Butler**
20173 Ash Ln
Lynwood, IL 60411-1599

**Stripe Payments Company
aka Stripe Inc.**
C/O CT Corporation
28 Liberty St
New York, NY 10005-1400

**Stripe, Inc.**
Attn Legal Notices Department
354 Oyster Point Blvd
S San Fran, CA 94080-1912

**Swift Financial**
540 Main Street Suite 16A
Hyannis, MA 02601

**Tavern Hospitality Group Ltd**
Attn Bennett Klasky, Reg. Agent
5403 S La Grange Rd
Countryside, IL 60525-2852

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:

Tavern on LaGrange Corp

          Debtor.

Case No.: 22-

Chapter 11

Honorable Judge:

<u>**AFFIDAVIT OF TAVERN ON LAGRANGE CORP BY G. ESTEVEIN PERKINS
A MANAGER AND DESIGNATED REPRESENTATIVE
REGARDING FINANCIAL STATEMENTS PURSUANT TO 11 U.S.C 1116(1)(B)**</u>

    I, *G. Estevein Perkins*, as a Manager and Designated Representative of Tavern on LaGrange Corp, declare under penalty of perjury pursuant to, that the following is true and correct to the best of my knowledge, information and belief:

    Other than the balance sheet dated December 31, 2021 and the 2019 Tax Returns filed with the petition, there is no other balance sheet, statement of operations or cash-flow statements, that have been prepared at this time on behalf of Tavern on LaGrange Corp.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.  If called as a witness, I would be competent and able to testify to the matters stated herein.

                    Dated:  April 26, 2022

                    Further Affiant Sayeth Not.

                    Respectfully,

                    _____
                    *G. Estevein Perkins*, as a Manager and
                    Designated Representative of Tavern on
                    LaGrange Corp

Doc ID: 458fae33d4f8d3193d49e7d7bc79c57328d00c43

Form **1120-S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

► Do not file this form unless the corporation has filed or
is attaching Form 2553 to elect to be an S corporation.
► Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2019**

For calendar year 2019 or tax year beginning _____ , 2019, ending _____ ,

| | |
|---|---|
| **A** S election effective date 1/01/2010 | |
| **B** Business activity code number (see instructions) 722511 | **TYPE OR PRINT** TAVERN ON LAGRANGE CORP 11025 W 153RD STREET LAGRANGE, IL 60467 |
| **C** Check if Schedule M-3 attached ☐ | |

**D** Employer identification number 7_____

**E** Date incorporated 10/11/2009

**F** Total assets (see instructions) $ 1,811,368.

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No   If 'Yes,' attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► 2

**J** Check if applicable: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---:|---:|
| **I N C O M E** | **1 a** Gross receipts or sales . . . . . . . . . . . . . . . . . . . | 1a | 1,291,000. | |
| | **b** Returns and allowances . . . . . . . . . . . . . . . . . . | 1b | | |
| | **c** Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . | 1c | | 1,291,000. |
| | **2** Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . | 2 | | 286,000. |
| | **3** Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . | 3 | | 1,005,000. |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . . . . . . . . | 4 | | |
| | **5** Other income (loss) (see instrs — att statement) . . . . . . . . . . . . . . . | 5 | | |
| | **6** **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . . . . . . . ► | 6 | | 1,005,000. |
| **D E D U C T I O N S   S E E   I N S T R S** | **7** Compensation of officers (see instructions - attach Form 1125-E) . . . . . . . | 7 | | 110,000. |
| | **8** Salaries and wages (less employment credits) . . . . . . . . . . . . . . . | 8 | | 219,000. |
| | **9** Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . | 9 | | 1,500. |
| | **10** Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | | |
| | **11** Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | | 180,000. |
| | **12** Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . . . | 12 | | |
| | **13** Interest (see instructions) . . . . . . . . . . . . . . . . . . . . . . . | 13 | | |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . | 14 | | |
| | **15** Depletion **(Do not deduct oil and gas depletion.)** . . . . . . . . . . . . | 15 | | |
| | **16** Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | | |
| | **17** Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . . . | 17 | | |
| | **18** Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . | 18 | | |
| | **19** Other deductions (attach statement) . . . . . . . . . . . . . See Statement 1 | 19 | | 183,132. |
| | **20** **Total deductions.** Add lines 7 through 19 . . . . . . . . . . . . . . . ► | 20 | | 693,632. |
| | **21** Ordinary business income (loss). Subtract line 20 from line 6 . . . . . . . . | 21 | | 311,368. |
| **T A X   A N D   P A Y M E N T S** | **22a** Excess net passive income or LIFO recapture tax (see instructions) . . . . . . | 22a | | |
| | **b** Tax from Schedule D (Form 1120-S) . . . . . . . . . . . . . . . . . . | 22b | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) . . . . . . . . | 22c | | |
| | **23a** 2019 estimated tax payments and 2018 overpayment credited to 2019 . . . . . | 23a | | |
| | **b** Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . . . . | 23b | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) . . . . . . . . . . . | 23c | | |
| | **d** Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . | 23d | | |
| | **e** Add lines 23a through 23d . . . . . . . . . . . . . . . . . . . . . . | 23e | | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . ► ☐ | 24 | | |
| | **25** Amount owed. If line 23e is smaller than the total of lines 22c and 24, enter amount owed . . . | 25 | | 0. |
| | **26** Overpayment. If line 23e is larger than the total of lines 22c and 24, enter amount overpaid . . . | 26 | | |
| | **27** Enter amount from line 26: Credited to 2020 estimated tax ►_____ Refunded ► | 27 | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► *[signature]*   4/15/20   ► President

Signature of officer   Date   Title

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| | | | |
|---|---|---|---|
| Print/Type preparer's name JOY RICHARDSON | Preparer's signature JOY RICHARDSON | Date | Check ☐ if self-employed   PTIN P02066483 |
| Firm's name ► McGee & Co., LTD | | | Firm's EIN ► 46-2975676 |
| Firm's address ► 509 E. 75Th Street 2nd Floor Chicago, IL 60619 | | | Phone no. 773-654-2300 |

**BAA** For Paperwork Reduction Act Notice, see separate instructions.   SPSA0112  12/30/19   Form **1120-S** (2019)

# TAVERN ON LAGRANGE BALANCE SHEET
## JANUARY 1 – DECEMBER 31, 2021

**ASSETS**

| | | |
|---|---|---|
| CURRENT ASSETS | | |
| CASH & EQUIVELENTS | $250,000 | |
| INVENTORIES | $265,000 | |
| ACCOUNTS RECEIVABLE | - | |
| TOTAL CURRENT ASETS | | $515,000 |
| | | |
| FIXED ASSETS | | |
| BUILDING & OTHER ASSETS | $3,475,028 | |
| ACCUMULATED DEPRECIATION | | |
| TOTAL FIXED ASSETS | | $3,475,028 |
| **TOTAL ASSETS** | | $3,990,028 |

**LIABILITIES & EQUITY**

| | | |
|---|---|---|
| LIABILITIES | | |
| ACCOUNTS PAYABLE | $190,125 | |
| LOAN FROM SHAREHOLDERS | $1,200,000 | |
| NOTES PAYABLE | $2,153,042 | |
| TOTAL LIABILITIES | | $3,543,167 |
| | | |
| EQUITY | | |
| NET INCOME | $446,761 | |
| RETAINED EARNINGS | | |
| CAPITAL STOCK | $100 | |
| TOTAL EQUITY | | $446,761 |
| **TOTAL LIABILITIES & EQUITY** | | $3,990,028 |