**Fill in this information to identify the case:**

Debtor name _____ Tavern on LaGrange Corp _____

United States Bankruptcy Court for the:

_____ Northern District of Illinois _____

Case number (if known): _____ 22-04773 _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☑ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☑ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☑ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☑ *Schedule H: Codebtors (Official Form 206H)*

☐ *A Summary of Assets and Liabilities for Non-Individuals (Official Form 206A-Summary)*

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

05 / 10 / 2022

Executed on __05/10/2022__
MM/ DD/ YYYY

**X** /s/ G. Estevein Perkins
Signature of individual signing on behalf of debtor

G. Estevein Perkins
Printed name

Manager and Designated Corporate Representative
Position or relationship to debtor

| Fill in this information to identify the case: |
|---|
| Debtor name         Tavern on LaGrange Corp |
| United States Bankruptcy Court for the: |
| Northern District of Illinois |
| Case number (if known):         22-04773 |

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1:   Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**
    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2.  **Cash on hand** | | | _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1  **Inland Bank** | **Checking account** | **1536** | **$88.29** |

**Additional Page Total** - *See continuation page for additional entries*                    **$100,820.27**

4.  **Other cash equivalents** *(Identify all)*
    **None**

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        | **$100,908.56** |

---

### Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**
    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit
    **None**

---

Doc ID: 97de3baca9b298bc88f3a0b9286e7e2bb1ecbc1a

| Debtor | Tavern on LaGrange Corp | Case number *(if known)* | 22-04773 |
|---|---|---|---|
| | Name | | |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9.** **Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                    $0.00

## Part 3:  Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.** **Accounts Receivable**

11a. 90 days old or less: _____ – _____ = ...... → _____
     face amount          doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ...... → _____
     face amount        doubtful or uncollectible accounts

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                    $0.00

## Part 4:  Investments

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

**Valuation method used for current value**      **Current value of debtor's interest**

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:              % of ownership:

**None**

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

Doc ID: 97de3baca9b298bc88f3a0b9286e7e2bb1ecbc1a

| Debtor | **Tavern on LaGrange Corp** | Case number *(if known)* | **22-04773** |
|---|---|---|---|
| | Name | | |

None

**17. Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                                      **$0.00**

---

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| None | | | | |
| **20. Work in progress** | | | | |
| None | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| None | | | | |
| **22. Other inventory or supplies** | | | | |
| 22.1 Perishable Food Items | 04/26/2022 MM / DD / YYYY | $10,000.00 | Estimate | $10,000.00 |
| Additional Page Total - *See continuation page for additional entries* | | | | $15,000.00 |

**23. Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                                      **$25,000.00**

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

Doc ID: 97de3baca9b298bc88f3a0b9286e7e2bb1ecbc1a

| Debtor | **Tavern on LaGrange Corp** | Case number *(if known)* | **22-04773** |
|---|---|---|---|
| | Name | | |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

None

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

None

**30. Farm machinery and equipment** (Other than titled motor vehicles)

None

**31. Farm and fishing supplies, chemicals, and feed**

None

**32. Other farming and fishing-related property not already listed in Part 6**

None

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85. _____ $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

Doc ID: 97de3baca9b298bc88f3a0b9286e7e2bb1ecbc1a

| Debtor | **Tavern on LaGrange Corp** | Case number *(if known)* | **22-04773** |
|---|---|---|---|
| | Name | | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **None - All Furniture, Fixtures and Equipment are owned**<br>39.1 **by Tavern on LaGrange II LLC a separate legal entity** | $0.00 | | $0.00 |
| **40. Office fixtures** | | | |
| **None - All Furniture, Fixtures and Equipment are owned**<br>40.1 **by Tavern on LaGrange II LLC a separate legal entity** | $0.00 | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **None - All Furniture, Fixtures and Equipment are owned**<br>41.1 **by Tavern on LaGrange II LLC a separate legal entity** | $0.00 | | $0.00 |

**42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**None**

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.            $0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 8:  Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Doc ID: 97de3baca9b298bc88f3a0b9286e7e2bb1ecbc1a

Debtor    **Tavern on LaGrange Corp**_____    Case number *(if known)*_____**22-04773**____
Name

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**None**

**48.** **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**None**

**49.** **Aircraft and accessories**

**None**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**None**

**51.** **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                                            _____$0.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☑No
☐Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑No
☐Yes

## Part 9: Real Property

**54.** **Does the debtor own or lease any real property?**
☑No. Go to Part 10.
☐Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

**None**

**56.** **Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.                                            _____$0.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☑No
☐Yes

Doc ID: 97de3baca9b298bc88f3a0b9286e7e2bb1ecbc1a

| Debtor | Tavern on LaGrange Corp | Case number *(if known)* | 22-04773 |
|---|---|---|---|
| | Name | | |

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

None

**61.** **Internet domain names and websites**

None

**62.** **Licenses, franchises, and royalties**

None

**63.** **Customer lists, mailing lists, or other compilations**

None

**64.** **Other intangibles, or intellectual property**

None

**65.** **Goodwill**

None

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                                    $0.00

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

Doc ID: 97de3baca9b298bc88f3a0b9286e7e2bb1ecbc1a

| Debtor | Tavern on LaGrange Corp | Case number *(if known)* | 22-04773 |
|---|---|---|---|
| | Name | | |

---

**Part 11:**  **All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

    **None**

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    **None**

73. **Interests in insurance policies or annuities**

    **None**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **None**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    **None**

76. **Trusts, equitable or future interests in property**

    **None**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    77.1  **Liquor License**                                                        **(Unknown)**

78. **Total of Part 11**
    Add lines 71 through 77. Copy the total to line 90.                              **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Doc ID: 97de3baca9b298bc88f3a0b9286e7e2bb1ecbc1a

Debtor    **Tavern on LaGrange Corp**

Name

Case number *(if known)*    **22-04773**

---

**Part 12:** **Summary**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $100,908.56 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $25,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................... | → | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...... 91a. | $125,908.56 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................................... | | $125,908.56 |

---

Doc ID: 97de3baca9b298bc88f3a0b9286e7e2bb1ecbc1a

| Debtor | **Tavern on LaGrange Corp** | Case number *(if known)* | **22-04773** |
|---|---|---|---|
| | Name | | |

## Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts - *Continued***

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.2 | **Inland Bank** | **Checking account** | **1538** | **$99,903.90** |
| 3.3 | **Inland Bank** | **Checking account** | **1542** | **$811.03** |
| 3.4 | **Inland Bank** | **Checking account** | **1540** | **$26.99** |
| 3.5 | **Inland Bank** | **Checking account** | **1534** | **$78.35** |
| 3.6 | **Inland Bank** | **Checking account** | **use** | **$0.00** |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**22.** **Other inventory or supplies - *Continued***

| | General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 22.2 | **Liquor** | **04/26/2022** MM / DD / YYYY | **$15,000.00** | **Estimate** | **$15,000.00** |

Doc ID: 97de3baca9b298bc88f3a0b9286e7e2bb1ecbc1a

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Tavern on LaGrange Corp |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number (if known): | 22-04773 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| **2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| **2.1** | Creditor's name | Describe debtor's property that is subject to a lien | $80,000.00 | unknown |
|---|---|---|---|---|

**2.1**

**Creditor's name**
 Fox Capital Group Inc

**Creditor's mailing address**
 1920 E Hallandale Beach Blvd Ste 503
 Hallandle Bch, FL 33009-4723

**Creditor's email address, if known**

**Date debt was incurred**    02/17/2021

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
 UCC-1 Financing Statement

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** Cash Collateral Security Interest Claimed. U.C.C. Filing 2/17/2021 and Judgment Creditor.

| **3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $230,248.92 |
|---|---|

Doc ID: 97de3baca9b298bc88f3a0b9286e7e2bb1ecbc1a

| Debtor | Tavern on LaGrange Corp | Case number *(if known)* | 22-04773 |
| --- | --- | --- | --- |
| | Name | | |

## Part 1: Additional Page

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.2**

**Creditor's name**

Kapitus Servicing, Inc. as agent for Kapitus LLC

**Creditor's mailing address**

120 W 45th St Fl 4

New York, NY 10036-4041

**Creditor's email address, if known**

**Date debt was incurred** ___12/14/2020___

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**          $75,248.92          unknown

**Describe the lien**

UCC-1 Financing Statement

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:** Loan - Cash Collateral Security Interest Claimed.

---

**2.3**

**Creditor's name**

Swift Financial, LLC as servicing Agent for Webank

**Creditor's mailing address**

C/O Charles S. Stahl, Jr., Esq.

2525 Cabot Dr

Lisle, IL 60532-3609

**Creditor's email address, if known**

**Date debt was incurred** ___06/28/2018___

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**          $75,000.00          unknown

**Describe the lien**

UCC-1 Financing Statement

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:** Loan taken under previous ownership in 2018 - Cash Collateral Security Interest Claimed.

---

Doc ID: 97de3baca9b298bc88f3a0b9286e7e2bb1ecbc1a

| Debtor | Tavern on LaGrange Corp | Case number *(if known)* | 22-04773 |
|---|---|---|---|
| | Name | | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Fox Capital Group, Inc.<br>C/O Lieberman And Klestzick LLP<br>Po Box 356<br>Cedarhurst, NY 11516-0356 | Line ___2.1___ | ___ ___ ___ ___ |
| Pinnacle Asset Management LLC<br>Makiah Terry, Registered Agent<br>14420 2nd Ave<br>Orland Park, IL 60462-2402 | Line ___2.1___ | ___ ___ ___ ___ |
| Fox Capital Group, Inc.<br>C/O Shanna M. Kaminski, Esq.<br>Po Box 725220<br>Berkley, MI 48072-5220 | Line ___2.1___ | ___ ___ ___ ___ |
| Kapitus LLC<br>C/0 Susan Valentine, Esq.<br>105 W Adams St 35th Floor<br>Chicago, IL 60603-4109 | Line ___2.2___ | ___ ___ ___ ___ |
| Kapitus, LLC<br>C/O Lydia A. Bueschel<br>105 W. Adams Street 35th Floor<br>Chicago, IL 60603 | Line ___2.2___ | ___ ___ ___ ___ |

Doc ID: 97de3baca9b298bc88f3a0b9286e7e2bb1ecbc1a

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Tavern on LaGrange Corp |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number (if known): | 22-04773 |

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

Illinois Department of Revenue

Bankruptcy Section

Po Box 64338

Chicago, IL 60664-0291

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$156,000.00**      Priority amount: **$156,000.00**

**2.2** Priority creditor's name and mailing address

Internal Revenue Service

Centralized Insolvency Operation

Po Box 7346

Philadelphia, PA 19101-7346

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$160,000.00**      Priority amount: **$160,000.00**

Doc ID: 97de3baca9b298bc88f3a0b9286e7e2bb1ecbc1a

| Debtor | Tavern on LaGrange Corp | Case number *(if known)* | 22-04773 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1** Nonpriority creditor's name and mailing address
AMUR Financial

304 W 3rd St

Grand Island, NE 68801-5941

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$50,000.00

**3.2** Nonpriority creditor's name and mailing address
Antonio Barnes

13723 Legend Trail Ln

Orland Park, IL 60462-1100

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Salary**

Is the claim subject to offset?
☑ No
☐ Yes

$693.57

**3.3** Nonpriority creditor's name and mailing address
Centra Leasing

Attn Rebecca Foster in Collections

1400 Preston Rd Ste 115

Plano, TX 75093-5159

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks:
Notice Purposes - Centra Leasing is believed to have an account with Tavern on LaGrange II - a separate entity.

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset?
☑ No
☐ Yes

$100,000.00

**3.4** Nonpriority creditor's name and mailing address
D' Andre Barajas

Date or dates debt was incurred  **04/24/2022**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll**

Is the claim subject to offset?
☑ No
☐ Yes

$1,100.00

**3.5** Nonpriority creditor's name and mailing address
DeMarcus Johnson

Date or dates debt was incurred  **April 2022**

Last 4 digits of account number __ __ __ __

Remarks: Reissue Payroll Check and Bank Fee

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employment**

Is the claim subject to offset?
☑ No
☐ Yes

$182.98

Doc ID: 97de3baca9b298bc88f3a0b9286e7e2bb1ecbc1a

| Debtor | **Tavern on LaGrange Corp** | Case number *(if known)* | **22-04773** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

---

**3.6**

**Nonpriority creditor's name and mailing address**

**IOU Financial**

**600 Townpark Ln Nw Ste 100**

**Kennesaw, GA 30144-3736**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$150,000.00

---

**3.7**

**Nonpriority creditor's name and mailing address**

**Mayra Garcia**

Date or dates debt was incurred   04/15/2022

Last 4 digits of account number ___ ___ ___ ___

Remarks: Pay Period 4/15/2022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Payroll**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.8**

**Nonpriority creditor's name and mailing address**

**NARAI Ventures LLC**

**C/O Yana Chechelnitsky, Esq.**

**6143 186th St Ste 450**

**Fresh Meadows, NY 11365-2710**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Principal believed paid back and interest still due

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Former Merchant Loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

$82,279.58

---

**3.9**

**Nonpriority creditor's name and mailing address**

**Northwest Meat Company**

**351 N Justine St**

**Chicago, IL 60607-1017**

Date or dates debt was incurred   04/07/2022

Last 4 digits of account number ___ ___ ___ ___

Remarks: Invoice 385518 & 385598

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Meat Inventory**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,794.06

---

**3.10**

**Nonpriority creditor's name and mailing address**

**Penny Griffin**

Date or dates debt was incurred   04/21/2022

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **1099 Employee**

**Is the claim subject to offset?**
☑ No
☐ Yes

$318.37

---

Doc ID: 97de3baca9b298bc88f3a0b9286e7e2bb1ecbc1a

| Debtor | Tavern on LaGrange Corp | Case number *(if known)* | **22-04773** |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    Additional Page

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75,000.00 |
|---|---|---|---|

**3.11**

Nonpriority creditor's name and mailing address

Satum Encore Funding

525 Washington Blvd Jersey Blvd

Jersey City, NJ 07310-1606

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:     **$75,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Loan

Is the claim subject to offset?
☑ No
☐ Yes

**3.12**

Nonpriority creditor's name and mailing address

Stuever & Sons BLM II, Inc.

330 W Fay Ave

Addison, IL 60101-5008

Date or dates debt was incurred    04/22/2022

Last 4 digits of account number ___ ___ ___ ___

Remarks: Beer Line Cleaning

As of the petition filing date, the claim is:     **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Professional Cleaning Services

Is the claim subject to offset?
☑ No
☐ Yes

**3.13**

Nonpriority creditor's name and mailing address

Tavern Hospitality Group Ltd

Attn Bennett Klasky, Reg. Agent

5403 S La Grange Rd

Countryside, IL 60525-2852

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks:
Loans - Previously this entity was making payroll for the Debtor...

As of the petition filing date, the claim is:     **$675,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Doc ID: 97de3baca9b298bc88f3a0b9286e7e2bb1ecbc1a

| Debtor | **Tavern on LaGrange Corp** | Case number *(if known)* | **22-04773** |
|--------|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Advanced Recovery Group** <br> **Attn Ekrem Hajra** <br> **1373 Broad St Ste 204** <br> **Clifton, NJ 07013-4231** | Line **3.8** <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.2 **Illinois Department of Revenue** <br> **Po Box 19016** <br> **Springfield, IL 62794-9016** | Line **2.1** <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.3 **NARAI Ventures LLC** <br> **1373 Broad St Ste 204** <br> **Clifton, NJ 07013-4231** | Line **3.8** <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.4 **Perkins, Tiffany J.** <br> **20173 Ash Ln** <br> **Lynwood, IL 60411-1599** | Line **3.8** <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.5 **Shayla Butler** <br> **20173 Ash Ln** <br> **Lynwood, IL 60411-1599** | Line **3.8** <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |

Doc ID: 97de3baca9b298bc88f3a0b9286e7e2bb1ecbc1a

Debtor  __Tavern on LaGrange Corp_____  Case number *(if known)*  __22-04773__
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | __$316,000.00__ |
| 5b.  **Total claims from Part 2** | 5b.  **+** | __$1,138,368.56__ |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | __$1,454,368.56__ |

Doc ID: 97de3baca9b298bc88f3a0b9286e7e2bb1ecbc1a

| Fill in this information to identify the case: |
|---|
| Debtor name __Tavern on LaGrange Corp__ |
| United States Bankruptcy Court for the: __Northern District of Illinois__ |
| Case number (if known): __22-04773__  Chapter __11__ |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Unwritten Lease for Commercial Premises | Tavern on LaGrange II LLC |
| | | | Attn Antonio Barnes, Manager |
| | State the term remaining | | 15774 S La Grange Rd Pmb 110 |
| | List the contract number of any government contract | 0 months | Orland Park, IL 60462-4766 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | 2019 Chevy Tahoe of Tiffany Perkins, former part owner as its used for Debtor and Debtor makes payments | Tavern on LaGrange II LLC |
| | | | Attn Antonio Barnes, Manager |
| | State the term remaining | | 15774 S La Grange Rd Pmb 110 |
| | List the contract number of any government contract | 36 months | Orland Park, IL 60462-4766 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | 2017 Ford Transit Van Delivery Truck in name of Tiffany Perkins and used for Debtor purposes and Debtor makes the payments | Tavern on LaGrange II LLC |
| | | | Attn Antonio Barnes, Manager |
| | State the term remaining | | 15774 S La Grange Rd Pmb 110 |
| | List the contract number of any government contract | 30 months | Orland Park, IL 60462-4766 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Doc ID: 97de3baca9b298bc88f3a0b9286e7e2bb1ecbc1a

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Tavern on LaGrange Corp |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number (if known): | 22-04773 |

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br>_____<br>City _____ State _____ ZIP Code _____ | | |
| 2.2 _____ | Street _____<br>_____<br>City _____ State _____ ZIP Code _____ | | |
| 2.3 _____ | Street _____<br>_____<br>City _____ State _____ ZIP Code _____ | | |
| 2.4 _____ | Street _____<br>_____<br>City _____ State _____ ZIP Code _____ | | |
| 2.5 _____ | Street _____<br>_____<br>City _____ State _____ ZIP Code _____ | | |

Doc ID: 97de3baca9b298bc88f3a0b9286e7e2bb1ecbc1a

| Debtor | Tavern on LaGrange Corp | Case number *(if known)* | 22-04773 |
|---|---|---|---|
| | Name | | |

## ▋ Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.6 _____ | Street _____ <br> _____ <br> City _____ State ____ ZIP Code ____ | | |

Doc ID: 97de3baca9b298bc88f3a0b9286e7e2bb1ecbc1a

 **HELLOSIGN**

Audit Trail

| | |
|---|---|
| **TITLE** | Schedules to sign-Tavern |
| **FILE NAME** | Schedules and Dec to sign-Tavern.pdf |
| **DOCUMENT ID** | 97de3baca9b298bc88f3a0b9286e7e2bb1ecbc1a |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

## Document History

**SENT**
05 / 10 / 2022
20:58:51 UTC-5

Sent for signature to G. Estevein Perkins
(estevein@pinnacleassetmgmt.com) from
attorneys@benjaminlaw.com
IP: 73.209.128.229

**VIEWED**
05 / 10 / 2022
21:29:00 UTC-5

Viewed by G. Estevein Perkins
(estevein@pinnacleassetmgmt.com)
IP: 174.216.81.214

**SIGNED**
05 / 10 / 2022
21:29:13 UTC-5

Signed by G. Estevein Perkins
(estevein@pinnacleassetmgmt.com)
IP: 174.216.81.214

**COMPLETED**
05 / 10 / 2022
21:29:13 UTC-5

The document has been completed.